1
2
3                                                    'O'
4                                        FILED
                                 CLERK, U.S. DISTRICT COURT
5                                    NOV - 1 2018
6                              CENTRAL DISTRICT OF CALIFORNIA
                               BY              DEPUTY
7
8                    UNITED STATES DISTRICT COURT
9                   CENTRAL DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,        ) Case No. 8:13-cr-00003-JVS
                                     )
12              Plaintiff,           ) ORDER OF DETENTION AFTER
                                     ) HEARING [Fed. R. Crim. P. 32.1(a)(6);18
13        v.                         ) U.S.C. § 3143(a)]
                                     )
14                                   )
    JOSE ALBERTO GONZALEZ-ESTRADA,   )
15                                   )
                Defendant.           )
16                                   )
17

    The defendant having been arrested in this District pursuant to a warrant issued by
the United States District Court for the Central District of California for alleged violations
of the terms and conditions of supervision; and
    The Court having conducted a detention hearing pursuant to Federal Rule of
Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),
    The Court finds that:
    A. ( X ) The defendant has not met his burden of establishing by clear and convincing
        evidence that he is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This
        finding is based on:
        *nature of current allegations, criminal history, prior violation of probation*
        and

B. ( X ) The defendant has not met his burden of establishing by clear and convincing evidence that he is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c). This finding is based on: *nature of current allegations, criminal history, prior violation of probation*

IT THEREFORE IS ORDERED that the defendant be detained pending further revocation proceedings.

Dated: November 02, 2018

_____
JOHN D. EARLY
United States Magistrate Judge